UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  Case No. 8:07-cr-385-T-30TBM

HECTOR MARTINEZ,

    Defendant.

## FORFEITURE MONEY JUDGMENT

THIS CAUSE comes before the Court upon the filing of the Motion (Dkt. #50) of the United States of America for entry of a Forfeiture Money Judgment in the amount of $110,000.00, **which, at sentencing, shall become a Final Order of Forfeiture as to defendant Hector Martinez.**

Being fully advised in the premises, the Court finds that the government has established that the defendant obtained at least $110,000.00 in proceeds from his participation in the conspiracy to distribute, and to possess with the intent to distribute, one hundred kilograms or more of marijuana, in violation of 21 U.S.C. § 841(a)(1); all in violation of 21 U.S.C. §§ 846 and 841(b)(1)(B).  Accordingly, it is hereby

ORDERED, ADJUDGED and DECREED that the United States' motion (Dkt. #50) is GRANTED.

It is further ORDERED that defendant Hector Martinez is personally liable for a Forfeiture Money Judgment in the amount of $110,000.00 in United States currency, pursuant to the provisions of 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(b).

It is further ORDERED that the United States may seek forfeiture of any of defendant's property up to the value of the $110,000.00 money judgment as substitute assets in satisfaction of this judgment, pursuant to the provisions of 21 U.S.C. § 853(p).

The Court retains jurisdiction to enter any further orders necessary for the forfeiture and disposition of any property, belonging to the defendant, that the United States is entitled to seek as substitute assets and to entertain any third party claims that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on June 24, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies to:</u>
Anita M. Cream, AUSA
Counsel of Record

F:\Docs\2007\07-cr-385.forfeit fj Hector.wpd

2